IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JACEY BORDEN                                PLAINTIFF / COUNTER-DEFENDANT

VERSUS                                                                                  NO. 1:23CV19-GHD-RP

MAGNOLIA REGIONAL HEALTH CTR.         DEFENDANT / COUNTER-PLAINTIFF

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the *ore tenus* motion of the parties to dismiss this civil action with prejudice. This Court, having considered the same and being fully advised in the premises, and it appearing that this entire cause has now been compromised and settled as between the parties, finds that the motion is well-taken and should be, and the same is, hereby granted. IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is dismissed with prejudice, with each party to bear its own costs.

SO ORDERED, this the 10 day August, 2024.

_____
SENIOR U.S. DISTRICT JUDGE

Agreed to:

/s/ Victor Israel Fleitas

---

Attorney for Jacey Borden

/s/ Kathryn R. Gilchrist, Esq.
/s/ Elizabeth E. Hyde, Esq.

---

Attorneys for Magnolia Regional Health Center